Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-330-174

**Effective Date of Registration:**
November 16, 2022
**Registration Decision Date:**
December 07, 2022

---

## Title

**Title of Work:** Deal With It

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 03, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Alisa Levytsky
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Alisa Levytsky
Arndtstrasse 59, Dortmund, 44135, Germany

## Rights and Permissions

**Name:** Alisa Levytsky
**Email:** helloalissalevy@gmail.com

## Certification

**Name:** David Denholm
**Date:** November 16, 2022
**Applicant's Tracking Number:** AL2022111602



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-330-054**
**Effective Date of Registration:**
November 16, 2022
**Registration Decision Date:**
December 06, 2022

## Title

**Title of Work:** Plant Destroyer

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 23, 2021
**Nation of 1st Publication:** Germany

## Author

- **Author:** Alisa Levytsky
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Alisa Levytsky
Arndtstrasse 59, Dortmund, 44135, Germany

## Rights and Permissions

**Name:** Alisa Levytsky
**Email:** helloalissalevy@gmail.com

## Certification

**Name:** David Denholm
**Date:** November 16, 2022
**Applicant's Tracking Number:** AL2022111607

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-330-058**

Effective Date of Registration:
November 16, 2022
Registration Decision Date:
December 06, 2022

## Title

Title of Work: Wine Cat

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: October 17, 2020
Nation of 1st Publication: Germany

## Author

- Author: Alisa Levytsky
  Author Created: 2-D artwork
  Citizen of: Germany

## Copyright Claimant

Copyright Claimant: Alisa Levytsky
Arndtstrasse 59, Dortmund, 44135, Germany

## Rights and Permissions

Name: Alisa Levytsky
Email: helloalissalevy@gmail.com

## Certification

Name: David Denholm
Date: November 16, 2022
Applicant's Tracking Number: AL2022111606

Page 1 of 1

